# IN UNITED STATES D.C. CIRCUIT DISTRICT COURT

**FILED**

JUL 21 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

INMATE NAME Kenneth Barbour
PRISONER NUMBER 1050593
PLACE OF CONFINEMENT RED ONION STATE PRISON

KENNETH EDWARD BARBOUR
PLAINTIFF

V.

Case: 1:11-mc-00415
Assigned To : Unassigned
Assign. Date : 7/21/2011
Description: Miscellaneous

UNITED STATES OF AMERICA SUPREME COURT JUSTICES OF THEIR JUDICIAL OFFICIAL AND INDIVIDUAL ABSOLUTE IMMUNITY CAPACITIES

THIS PLAINTIFF HAS BEGUN OTHER ACTIONS IN STATE AND FEDERAL COURTS DEALING WITH PLAINTIFFS ALLEGED SITUATIONS ESTABLISHING ALLEGED UNITED STATES OF AMERICA GUARANTEED RIGHTS TO BE IN IMMINENT ONGOING DANGER TO SERIOUS PHYSICAL GUARANTEED RIGHT INJURY BY THE ALLEGED HARMS TO HIS UNITED STATES RIGHTS TOLLED TO THIS CIVIL RIGHTS ACTION AND PLAINTIFFS PRISONER RIGHTS

PLAINTIFF UNITED STATES FEDERAL CONSTITUTION XXV AMENDT SECTION 3 DECLARES PRESIDENT PLAINTIFF OF THIS ACTION IS UNABLE TO DISCHARGE POWERS AND DUTIES TO DESCRIBE OTHER ACTIONS FILED IN UNITED STATES FEDERAL COURTS ALLEGING PLAINTIFFS GUARANTEED RIGHTS WERE UNDER SERIOUS PHYSICAL GUARANTEED RIGHT INJURY BY THE DEFENDANTS OF THE ALLEGED ACTIONS INDIVIDUAL AND OFFICIAL CAPACITIES OF INOPERATION TO GUARANTEED RIGHTS MOTIONING THIS UNITED STATES COURT CONSTITUTIONALLY TO VICE PRESIDENT ACTING AS PRESIDENT TO DISCHARGE POWERS AND DUTIES TO THIS OFFICE

PLAINTIFF HAS FILED NO OFFICIAL OR INDIVIDUAL CAPACITY GRIEVANCE UNDER FEDERAL RULES OF CIVIL PROCEDURE SPIRIT 8(A)

**RECEIVED**

JUL 11 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



RECEIVED
Mail Room

JUL 11 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia



RECEIVED
Mail Room

JUN 15 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# IN UNITED STATES CONSTITUTION
## ARTICLE 1 SECTION 8 CLAUSE 3
## D.C. CIRCUIT DISTRICT COURT

## STATEMENT OF THE CLAIM

Plaintiff alleges to be under a due process precedent serious physical PLRA harm the Defendants injury protected by ~~Alleged~~ Alleged Individual And OFFICIAL Judicial immunity function Capacities. With this Plaintiff under the imminent threat of affirming clear Absents of guaranteed rights irrigated to OFFICIAL or Individual Judicial Function Immunity Capacities to Supreme Law of these stands discharging guaranteed rights OFFICIAL to INDIVIDUAL CAPACITIES CLEAR JURISDICTION GUARANTEED TO ALL CITIZENS OF THE UNITED STATES IN THEIR INDIVIDUAL AND OFFICIAL JUDICIAL FUNCTION CAPACITIES ART IV-2-1 ALLEGING SEVERAL OFFICIAL OR INDIVIDUAL STATES TO ABSOLUTE IMMUNITIES COMPENSATED TO DEPRIVATION AND VIOLATIONS TO GUARANTEED RIGHTS- ALLEGING THE NOW SITTING UNITED STATES SUPREME COURT HELD TO ACCOUNTABILITIES IRRIGATED TO PRIOR COURTS TO ITS CLEAR JUDICIAL DIMENSIONS TO PROCIVE THE ALLEGED ABSOLUTE JUDICIAL FUNCTION IMMUNITY CAPACITY VIOLATION OF ART IV-2-1 ONGOING TO THIS GUARANTEED RIGHTS OF ALLEGED PLRA ART 1-9-3 U.S. CONSTITUTIONAL RIGHT OF NO LEGISLATIVE ACTS RATIFIED TO ~~SPECIFICATE~~ SPECIFIC PERSONS OR GROUPS OF IMMURE CONTRACTS OF DUE PROCESS. ASSCESS TO THE COURT PRESCRIBING PUNISHMENT TO PROCEDUAL BANKRUPTCY TO QUALIFY FOR IN FORMA PAUPERIS PROCEEDINGS NOTING THIS PLAINTIFF IS OPERATIONAL TO A PLRA NOBLE TITLE VIOLATION ART 1-9-8 U.S. (Const) ALLEGING A PASSED BILL OF ATTAINDER LEGISLATIVE ACT VIOLATION ART 1-9-3 ALLEGING THE SUPREME COURT FOR THE UNITED STATES OF AMERICA VIOLATED ALLEGED GUARANTEED PRIVILEGE OF THE AMERICAN CONSTITUTIONAL OF ABSOLUTE IMMUNITIES TO ALLEGED ART IV-2-1 CONSTITUTIONALITY OF ABSOLUTE PRIVILEGE TO IMMUNITY SUPPORTING SEVERAL STATES OF OFFICIAL AND INDIVIDUAL CAPACITY FOREIGN STATES OF GUARANTEED UNITED STATES RIGHTS CAPACITY — SECURING ALLEGED UNITED STATES SUPREME COURT BY ENGAGEMENTS ENTERED SUPPORTING FOURTH CIRCUIT APPEALS COURT, EASTERN DIVISION DISTRICT COURT AT NORFOLK, VA. & WESTERN VA. DISTRICT COURT AT ROANOKE VA. PRISON LITIGATIONS REFORMS ACTS TITLE 28 U.S.C. SECTION 1915(g) DISMISSALS PROVIDED TO THIS CLAIMANT. WHO PETITIONED FOR CERT AND WAS DENIED CERT. ALLEGENALLY BY OFFICIAL FOR INDIVIDUAL ABSOLUTE IMMUNITY TO ART IV-2-1 GUARANTEED RIGHT PRIVILEGE AND ABSOLUTE IMMUNITY FOR THIS PLAINTIFF TO BE IN ONGOING IMMINENT THREAT FROM PRISONS LITIGATION REFORM ACT TITLE 28 U.S.C. SECTION 1915(g) SERIOUS PHYSICAL HARM TO THIS PLAINTIFF ART IV-2-1 GUARANTEED RIGHTS IMMININET DANGER

RECEIVED
Mail Room

JUN 1 6 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# UNITED STATES FEDERAL DISTRICT COURT

## UNCONSTITUTIONAL DENIED CERT UNCONSTITUTIONAL OFFICIAL AND INDIVIDUAL JUDICIAL ABSOLUTE IMMUNITY PROTECTING PLRA'S 3 STRIKE PROVISION ~~CAPACITIES~~

## BILL OF RIGHTS

### TENTH AMEND

THE POWERS NOT DELEGATED TO GUARANTEED RIGHTS DEPRIVATIONING TO UNITED STATES COURTS BY THE FEDERAL CONSTITUTIONS ART IV-2-1 HELD TO SEVERAL OFFICIAL AND INDIVIDUAL CAPACITY STATES TO ABSOLUTE FEDERAL CONSTITUTION PRIVILEGE TO GUARANTEED RIGHTS AND ABSOLUTE IMMUNITY TO GUARANTEED RIGHTS DEPRIVATION BY JUDICIAL FUNCTION CAPACITY ALLEGED NOR PROHIBITED BY IT TO OFFICIAL AND INDIVIDUAL ABSOLUTE JUDICIAL FUNCTION IMMUNITY CAPACITY STATES RESERVED TO RESPECTFULLY TO OFFICIAL AND INDIVIDUAL ART IV-2-1 JUDICIAL FUNCTION CAPACITY OF ABSOLUTE IMMUNITIES FROM GUARANTEED RIGHT ~~DEAR~~ DEPRIVATION AND ABSOLUTE PRIVILEGE TO GUARANTEED ART IV-2-1 JUDICIAL FUNCTION CAPACITY-TOLLING THE ~~UNDER~~ UNITED STATES COURTS JUDICIAL FUNCTION CLEAR ABSENTS TO ART IV-2-1 U.S. CONST.

### NINTH AMEND

THE ENUMERATION IN THIS CONSIDERED ART VII FEDERAL CONSTITUTION APPLICATION ALLEGING CERTAIN RIGHTS SUCH AS THIS PLAINTIFFS GUARANTEED RIGHT ASSCESS TO THE COURT SUPREME APPLICATION TO DUE PROCESS ART I-8-9 U.S. CONSTITUTION HOLDING THE APPEALS AND DISTRICT COURTS TITLE 28 U.S.C. SECTION 1915(g) APPLICATION IN THE FOURTH CIRCUIT TO A CONSTITUTED TRIBUNAL INFERIOR TO SUPREME DUE PROCESS AND ASSCESS TO THE COURTS BY ART I-8-9 OFFICIAL AND INDIVIDUAL JUDICIAL CAPACITIES OF CLEAR ABSENTS OF ART I-8-9 SUPREME COURT ACCOUNTABLE OF GUARANTEED ASSESS TO UNITED STATES COURT AND GUARANTEED SUPREME COURT ACCOUNTABLE DUE PROCESS WITHOUT THE ALLEGED ENUMERATION OF ABSOLUTE TITLE 28 U.S.C SECTION 1915(g) ALLEGED INDIVIDUAL OF OFFICIAL CONSTITUTED INFERIOR TRIBUNALS OF NO SUPREME CAPACITY TO THIS PLAINTIFFS GUARANTEED RIGHTS OF NO SUPREME COURT TO GUARANTEED RIGHTS BY DENIED CERTS ART I-8-9 BY THE DEFENDANTS ENGAGE-MENTS ENTERED TO GUARANTEED RIGHTS DERIVATION ART VI-1 US CONSTITUTION VIOLATION VIA DISPARAGE TO GUARANTEED RIGHTS ALLEGED RETAINED TO IMMINENT CONSTITUTIONALITY THREAT GUARANTEED TO THIS PLAINTIFF TO ———

RECEIVED Mail Room
JUN 16 2011
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# IN UNITED STATES DISTRICT COURTS
## DISTRICT OF COLUMBIA
## CIRCUIT

### EIGHTH AMEND

PLAINTIFF ALLEGES HE IS UNDER A SERIOUS PHYSICAL JUDICIAL FUNCTION INJURY BY THE DEFENDANTS ALLEGED JUDICIAL OFFICIAL FUNCTION CAPACITES SUPPORTING PLRA'S 3 STRIKE PROVISION DISMISSALS IN THE LOWER COURTS ALLEGED INDIVIDUAL AND OFFICIAL JUDICIAL FUNCTION DEPRIVATION TO GUARANTEED RIGHTS CAPACITY OF EXCESSIVE FINE RE QUIREMENT TO U.S. CONST ART IV-2-1 GUARANTEED RIGHTS PRIVILEGE TO SEVERAL STATES OF OFFICIAL AND INDIVIDUAL ASSCESS TO THE COURTS AND DUE PROCESS CAPACITY OF CLEAR ABSENT JURISDICTION DENIED CERTS NOTED OF KENNETH EDWARD BARBOUR'S PETITIONING FOR CERTS IMPOSED TO 3 STRIKE PROVISION- ABSOLUTE JUDICIAL FUNCTION IMMUNITY TO ART VII U.S. CONST OF CONSTITUTIONAL FUNCTION TO GUARANTEED ESTABLISHED, RATIFIED, ADOPTED CONCIDERED RIGHTS. TO LL PRISON LITIGATION REFORM ACT TITLE 28 U.S.C. SECTION 1915(G) DENIED CERTS OFFICIAL TO INDIVIDUAL ABSOLUTE JUDICIAL IMMUNITY TO BE CRULE AND UNUSUAL PUNISHMENT TO GUARANTEED RIGHTS TO CONSIDERATION ESTABLISHMENT, ADOPTED RATIFIED STATES ART VII U.S. CONSTITUTION

### SEVENTH AMEND.

IN THE DEFENDANTS ALLEGED SUITES OF COMMON LAW GUARANTEED DERIVATION TO GUARANTEED RIGHTS OF THESE DENIED DUE PROCESS, DENIED GUARANTEED ASSCESS OF THE COURTS, DENIED GUARANTEED DUE PROCESS DENIED GUARANTEED CERT, INDIVID- UAL AND OFFICIAL JUDICIAL FUNCTION ABSOLUTE IMMUNITY PROTECTIONING PLRA'S 3 STRIKE PROVISION CAPACITIES VALUE IN CONTROVERSY TO THIS PLAINTIFFS GUARANTEED RIGHTS DIMENSIONED TO GUARANTEED RIGHTS IN FORMAN v. DAVIS 371 U.S. 178-182 (1962). BARBOUR vs HINDU BLACK GODDESS KALI 7:11-CV-00113-JCT-MFU (W.D. VA. JANUARY 27th 2011). DOYLE VERSUS MURRAY 938 F.2d 33, 34 (4th Cir 1991) BARBOUR VS. ATTAINDER STANFORD 9th CIRCUIT APPEAL NUMBER 10-17614 (FEB 9th 2011). BARBOUR v. U.S. ATTORNEY GENERAL (TENTH CIR APPEAL NUMBER 11-1102 MAY 18th 2011). BARBOUR v. CLINTON CASE NUMBER 1.11-CV-00036 RFC-CSO (B.D. MT 13th day IN APR 2011) EXCEED- ING TWENTY DOLLARS BY DEMANDS TO LIBERTY LIMBS, PROPERTY LIMBS, GUARANTEED LIFE LIMBS, GUARANTEED PROPERTY LIMBS, GUARANTEED LIBERTY LIMBS

RECEIVED
Mail Room

JUN 16 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# IN
# D.C. CIRCUITS

## SEVENTH AMEND CONTINUED

WITH THE GUARANTEED RIGHT IN THE HELD SEVENTH AMEND IN THIS SAID BILL OF RIGHTS OF CLEAR ALLEGED JUDICIAL INDIVIDUAL AND OFFICIAL UNITED STATES FEDERAL CONSTITUTION FUNCTIONED ABSENT CAPACITIES OF THE GUARANTEED RIGHT OF TRIAL BY GUARANTEED PRIVILEGE OF RIGHTS OF SEVERAL OFFICIAL AND INDIVIDUAL JUDICIAL JURISDICTION FUNCTION CAPACITY STATES SHALL BE PRESERVED TO ART IV-2-1 ABSOLUTE PRIVILEGE TO GUARANTEED RIGHTS AND ABSOLUTE IMMUNITIES TO JUDICIAL FLEEING STATES OF ABSOLUTE OFFICIAL JUDICIAL FUNCTION IMMUNITY INDIVIDUAL AND OFFICIAL CAPACITIES OF CHARGES OF TREASON FELONIES OR OTHER CAPITAL OR INFAMOUS CRIM CRIME ART IV-2-2 OFFICIAL CONSTITUTIONAL VIOLATION - AS TO CALL ABSOLUTE JUDICIAL OFFICIAL FUNCTION IMMUNITY A ABSOLUTE CONSTITUTION ESCAPE TO THIS MOVANTS IMMINENT THEREAT TO BE UNDER GUARANTEED RIGHTS TO SERIOUS PHYSICAL INJURIES TO ESCAPING LABOR AND SERVICE TO GUARANTEED UNITED STATES ABSOLUTE SERVICE TO RIGHTS ART IV-2-3 U.S. CONST. AND NO GUARANTEED RIGHT WAS PRESEVED BY THE FACT DIMENSIONED TO THE TRIED JURY IN THIS CONTROVERSY ALLEGED TO GUARANTEED RIGHT VALUE EXCEEDING SEVENTH AMEND COMMON LAW TWENTY DOLLARS BY DENIED CERTS ALLEGED OFFICIAL AND INDIVIDUAL JUDICIAL ABSOLUTE IMMUNITY PROTECTIONING PRISONS LITIGATIONS REFORMS ACTS 3 STRIKE PROVISION SHALL BE OTHERWISE RE-EXAMINED IN THIS ALLEGED D.C. CIRCUIT UNITED STATES FEDERAL DISTRICT COURTS BY ACCORDING TO RULES OF SEVERAL STATES IRRIGATED TO OFFICIAL TO INDIVIDUAL JUDICIAL ABSOLUTE GUARANTEED RIGHTS DEPRIVATION FUNCTION CAPACITY OF CLEAR COMMON LAW ABSENTS TO UNITED STATES OF AMERICA CLEAR FEDERAL CON JUDICIAL CONSTITUTION CONSTITUTIONALITY CHIME AT ———

## SIXTH AMEND

IN ALL THIS PLAINTIFFS IMMINENT THERI THREATS OF SERIOUS PHYSICAL INJURY TO PUT PERSON IN IMMINENT THREAT OF CRIMINAL PROSECUTIONS THE ACCUSED SHALL ENJOY THE GUARANTEED RIGHT TO A SPEEDY PUBLIC TRIAL BY IMPARTIAL JURIES TO GUARANTEED RIGHTS TOLLING THE STATES TO THIS PLAINTIFFS DENIED PETITION FOR WRIT OF CERTIORARI, INDIVIDUAL


RECEIVED
Mail Room

JUN 16 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# IN FEDERAL DIVISION COURTS

## SIXTH AMEND CONTINUED

AND OFFICIAL JUDICIAL FUNCTION ABSOLUTE IMMUN- ITY AIDING AND CONFORTING THE LEVY OF WAR ON GUA- RANTEED ABSOLUTE PRIVILEGE TO RIGHTS OF SEVERAL OFFICIAL AND INDIVIDUAL CAPACITY STATES TO PROVE SETS OF FACTS (ART IV-2-1 U.S. CONST) BY CONTRUDED UNITED STATES FED- ERAL COURTS ADHERING TO PLRA'S WITNESS TO TWO OR MORE OF THE SAME OVERT ACTS OF COMFORT AND AID TO LEVY OF WAR ON GUARANTEED RIGHTS PRIVILEGE OF SEVERAL AND OFFICIAL AND INDIVIDUAL JUDICIAL OFFICI AL FUNCTION CAPACITY STATES ARTIV ARTIV-2-1 ABSOLUTE PROCEDURE FUNCTIONS NOTING APPLICATION TO FOMAW vs. DAVIS 371 U.S. 178 - 182 (1962)

OFFICIAL TO INDIVIDUAL JUDICIAL FUNCTION SEVERAL STATES TO CAPACITY ── TO AFFIRM IT IS LATE IN THE UNITED STATES CONSTITUTIONALITY DAY AND ENTIRELY CONTRAY TO THE SPIRIT TO GUARANTEED RIGHTS TO CONSTITUTIONAL PRIVILEGE TO JUDICIAL EQUAL FUNCT- ION CAPACITIES ART.IV-2-1 U.S. FED. CONST. FOR JUDICIAL DECISIONS ON THE MERITS TO BE AVOIDED ON BASIS OF SUM SUCH MERE PLRA PROCEDURAL TECHNICALIT- IES OF OPEN LEGISLATIVE ACT CONFESSION OF THE SAME OVERT ACT DENYING GROUPS OF ATTONEY'S JUDGES, AND PRISONERS GUARANTEED RIGHTS OF FEDERAL CONST- ITUTIONS ART IV-2-1 ABSOLUTE PRIVILEGE OF SEVERAL JUDICIAL FUNCTION CAPACITY STATES OF A DISTRICT OF CRIMES COMMITTED WHEREIN TREASON U.S. FED. CONST. ART III-3-2 COMFORT AND AID TO ENEMIES TO UNITED STATES GUARANTEED RIGHTS. LEVY TO WAR TO ASSCESS TO THE COURTS, ADHERING TO ENEMIES TO UNITED STATES COURTS OFFICIAL DUE PROCESS CAP- ACITIES.

## FIFTH AMEND

PLAINTIFF AFFIRMED TO ART III-1-7 CONSTITUTIONAL FEDERAL OATH NO FEDERAL ACTOR IN THEIR OFFICIAL AND INDIVIDUAL FEDERAL CONST- ITUTTIONED FEDERAL DEPARTMENT FUNCTIONS AS TO PERSONS ACTING UNDER COLOR OF STATE LAW OR ANY UNITED STATES TO AMERICA AFFIRMED OFFICIAL OF INDIVIDUAL FEDERAL CONSTITUTIONAL CITIZEN CAPACITIES SHALL BE HELD TO ANSWER FOR ANY INFAMOUS OR OTHERWISE OFFICIAL AND INDIVIDUAL JUDICIAL FUNCTION CRIME UNLESS ON A PRESENTMENT OR FROM GUARANTEED ALL SUCH RIGHTS

Mail Room

JUN 16 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# IN D.C. CIRCUIT FEDERAL DISTRICT COURT

## FIFTH AMEND

INDICTMENT ASSEMBLING A SEVERAL STATE INDIVIDUAL AND OFFICIAL JUDICIAL FUNCTION CAPACITY GRAND JURY NOR SHALL THIS PLAINTIFF BE SUBJECT TO BE IN ONGOING IMMINENT THREATS OF SERIOUS PHYSICAL GUARANTEED RIGHTS INJURY BY THE SAME OFFICIAL AND INDIVIDUAL CAPACITY GUA OFFENCE BY ~~VIOLATION~~ VIOLATION TO GUARANTEED RIGHTS OF TWICE JEOPARDY OF THE ALLEGED limb of life Abridgeny AND DENYING GUARANTEED ~~AMRICA~~ AMERICAN RIGHTS BY THE COMPELLED PLAINTIFFS ONGOING ~~GUARANTEED~~ GUARANTEED RIGHTS DENIED TO PETITIONS FOR WRIT OF CERTIORARI, PRIVILEGE BY QUALIFICATIONS, DENIED ABSOLUTE IMMUNITY ~~BO~~ TO ALLEGED GUARANTEED RIGHTS BY THE JUDICIAL OFFICAL TO OFFICIAL JUDICIAL FUNCTION IMMUNITY —— CONTRUDED TO JUDICIAL DOCTRINE —— IRRIGATING BOTH INDIVIDUAL STATES AND BOTH OFFICIAL STATES TO COMPELL A CRIMINAL CASE AGANIST MY SELF BY WITNESS OF NO JUDICIAL INDIVIDUAL OR OFFICIAL CAPACITY CIVIL RIGHTS PROHIBITED - WITH ABSOLUTE OFFICIAL AND INDIVIDUAL JUDICIA FUNCTION CAPACITIES DEPRIVING THIS PLAINTIFF TO 1st INSTANCE GUARANTEED RIGHTS PRIVILEGE ART IV-3-1 U.S. FEDERAL CONSTITUTION, WITH THE DENIED ~~PETITION~~ PETITIONS FOR CERTIORARI TOLLING THIS COUNTRIES GUARANTEED RIGHTS TO A LIBERTY VIOLATION IN ACCORDANCE OF THE APPROPIATE LEGISLATION EN-FORCE OF LIBERTIES COMPENSATION AT OFFICIAL AT FORMED CAPACITY OF ART 11-1-6 AFFIRMING THIS LIBERTY PRESIDENT TO U.S. FEDERAL CONSTITUTION ART II-1-6 COMPENSATION TO THE GUARANTEED RIGHTS OF NO INCREASE TO DENIED RIGHTS GUARANTEEING DENIED PETITIONS OF CERTIORARI IRRIGATED COMPESATION TO DENIED RIGHTS OF NO OFFICIAL DUE PROCESS - ERECTING THE ALLEGED PROTECTION OF UNITED STATES COURTS USE OF PRISONS LITIGATIONS REFORMS ACTS TO BE EMOLUNMENTS TO DEPRIVE GUARANTEED ~~GG~~ ONGOING FREE1 STATES TO JUDICIAL FUNCION

WITHOUT DUE PROCESS OF LAW OF GUARANTEED RIGHTS TO SEVERAL STATES OF OFFICIAL AND INDIVIDUAL GUARANTEED RIGHTS CAPACITIES. NOR SHALL PRIVATE GUARANTEED RIGHTS PROPERTIES BE TAKEN FOR PUBLIC DEPRIVED RIGHT USE WITHOUT JUST ATTAINDER FEDERAL COMPENSATIONS UNDER ART III-3-2, ART III-3-1, ART 1-10-1, ART 1-9-3 FEDERAL CONSTITUTION OF THE UNITED STATES TO AMERICA

## AMEND. IV

THE RIGHT OF THIS GUARANTEED UNITED STATES TO AMERICA RESPONDENT - APPELLEE - DEFENDANT AS TO EQUAL JUDICIAL

RECEIVED
Mail Room

█ 1 6 2011

Angela D. Caesar. Clerk of Court

# IN THE DISTRICT OF COLUMBIA
## UNITED STATES DIVISION
### COURTS

## AMENDMENT IV

INDIVIDUAL AND OFFICIAL ABSOLUTE PRIVILEGE FUNCTION CAPACITIES TO FEDERAL CONSTITUTIONAL ART IV-2-1 STATES TO THE RIGHT TO GUARANTEED UNITED STATES TO AMERICA JUDICIAL FUNCTION CAPACITY TO PLAINTIFF-PETITIONER-APPELLANT TO BE SECURED TO THIS MOVANTS ONGOING JUDICIAL CAPACITIES HOUSES TO GUARANTEED RIGHTS PAPERS TO GUARANTEED JUDICIAL RIGHTS AND EFFECTS TO GUARANTEED JUDICIAL RIGHTS AGAINST UNREASONABLE DENIED PETITIONS FOR CERTIORARI, OFFICIAL AND INDIVIDUAL JUDICIAL FUNCTION ABSOLUTE IMMUNITY PROTECTING PLRA'S TITLE 28 U.S.C. SECTION 1915(g) CLEAR DEPRIVATION TO GUARANTEED RIGHTS TO DUE PROCESS AND ASSES TO UNITED STATES COURTS SEARCHES AND SEIZURES VIOLATED TO UNITED STATES CONSTITUTIONS ART IV-2-3 ESCAPING LABOR AND SERVICE TO THIS PLAINTIFFS GUARANTEED RIGHT PRIVILEGE TO DUE PROCESS, ASSCESS TO THE UNITED STATES COURTS AND ABILITY TO PROVE SETS OF FACTS. UNDER THE SUPREME LAWS UNDER ART IV-2-3. BUT SHALL UNDER CONSEQUENCE OF THE LAW REGULATION HEREIN THIS BILL OF RIGHTS SHALL NOT BE DISCHARGED FROM SUCH GUARANTEED RIGHT JUDICIAL OFFICIAL AND INDIVIDUAL FUNCTION CAPACIT CAPACITIES SEVICE AND LABOR ALLEGED ABSOLUTE JUDICIAL FUNCTION TO ONGOING ART II-1-7 CONSTITUTIONAL FUNCTION BUT SHALL BE DELIVERED UP ON THE OFFICIAL AND INDIVIDUAL GUARANTEED JUDICIAL OFFICIAL AND INDIVIDUAL ALLEGED GUARANTEED RIGHT FUNCTION CAPACITIES OF A GUARANTEED RIGHT CLAIMANT TO WHOM SUCH LABOR AND SERVICE OF JUDICIAL DUE PROCESS RIGHT TO PROVE SETS OF FACTS FUNCTION— ARE ALLEGED DUE PROVIDING OF ONGOING ART II-1-7 APPLICATION

## JUDICIONAL CLAUSE
### EX-PARTE QUIRIN 317 U.S. (1942)

ADMINISTRATION LAWYERS APPARENTLY FOUND THE TERM "ENEMY COMBATANT" IN A 1942 UNITED STATES OF AMERICA SUPREME COURT RULING. WHICH CONCERNED THE CASE OF EIGHT AMENDMENT FOR UNCONSTITUTIONAL DENIED CERTIORARI, UNCONSTITUTIONAL OFFICIAL AND INDIVIDUAL JUDICIAL FUNCTION ABSOLUTE IMMUNITY PROTECTING PLRA § 28 U.S.C. SECTION 1915(g) CAPACITIES DIMENSIONED NAZI SABOTEURS WHO LANDED ON


RECEIVED
Mail Room

JUN 16 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# IN DISTRICT OF COLUMBIA
## FEDERAL CIRCUIT COURTS
### OF
## UNITED STATES OF AMERICA'S
## FEDERAL CONSTITUTION OF ART 1-8-3?

EX-PARTE QUIRIN 317 U.S. (1941).

JURISDICTIONAL CLAUSE CONT.

KENNETH EDWARD BARBOUR'S GUARANTEED RIGHTS AS LONG
ISLAND. AND WERE TRIED BEFORE A GUARANTEED RIGHTS
UNITED STATES OF AMERICA FEDERAL CONSTITUTIONS
BILL OF RIGHTS ——————————— AS THE MILIT-
ARY COMMISSION SET UP ON THE ORDER OF UNITED
STATES OF AMERICA GUARANTEED RIGHTS AS ART II-1-7,
ART II-1-1, ART II-1-6, ART 1-8-3, ART 1-8-10, ART 1-8-11, ART III-3-2
CONSTITUTION PRESIDENT FRANKLIN ROOSEVELT.═══
THE EIGHT GUARANTEED RIGHTS AMENDS OF UNCONSTITUT-
IONAL DENIED CERTIORARI, UNCONSTITUTIONAL OFFICIAL
AND JUDICIAL INDIVIDUAL JUDICIAL FUNCTION ABSOLUTE
IMMUNITY PROTECTING PLRA's 28 U.S.C. SECTION 1915(g)
CAPACITIES BILL OF RIGHTS

COMMISSION CONDEMNED THE EIGHT AMENDS OF ALLEGED
BILL OF RIGHTS TO THE DEATH OF OFFICIAL AND INDIVIDUAL
JUDICIAL FUNCTION ABSOLUTE IMMUNITY TO GUARANTEED
RIGHTS CAPACITIES. TITLE 28 U.S.C. SECTION 1915(g) ART VI-3
U.S. CONSTITUTIONS RELIGIOUS TEST OF THIS PARTY BEING
UNDER A SITUATION OF SERIOUS PHYSICAL INJURY TO PRO-
CEED WITH A CIVIL RIGHTS CLAIM IN UNITED STATES COURTS
AFTER THREE ALLEGED DISMISSAL IN UNITED STATES OF AMER-
IC COURTS ACCOUNTABLE TO CLAIMS TO MALICIOUS, FRIVOL-
OUS, FAILURE TO STATE A CLAIM UPON WHICH RELIEF COULD
BE GRANTED AND PRISON LITIGATION REFORMS ACTS
FEDERAL CONSTITUTION CLEAR ABSENT TO ART 1-9-3 SECURING
NO BILLS OF ATTAINDER ARE TO BE PASSED AFFIRMING PLRA's
TO BE A PASSED BILL OF ATTAINED ATTAINDER BY ITS LEG-
LATIVE ACT PASSED TO IMMUNE ATTORNEY'S AS SPECIFIC
GROUPS IRRIGATED TO FEES.

AFTER THE UNITED STATES SUPREME COURT COULD NOT STOP
THE GUARANTEED RIGHTS TO JUDICIAL FUNCTION OFFICIAL
AND INDIVIDUAL CAPACITY PROCEEDINGS SIX OF THE
EIGHT AMENDS PROMPTLY ELECTROCUTED GUARANTEED
JUDICIAL FUNCTION OFFICIAL AND INDIVIDUAL ABSOLUTE
IMMUNITY TO GUARANTEED RIGHTS VIOLATION CAPACIT-
IES

TWO AMENDMENTS TO THIS BILL OF RIGHTS HAD THEIR
CONSTITUTIONALITY GUARANTEED WITH THEIR FORMED
GUARANTEED RIGTHS COMMUTED SENTENCE
OF JUDICIAL FUNCTION CAPACITIES.

RECEIVED
Mail Room

JUN 16 2011

Angela D. Caesar, Clerk of Court

# IN DISTRICT OF COLUMBIA
## CIRCUIT

AND CLEARLY THREE GUARANTEED FEDERAL CONSTITUTION EQUAL PROTECTED INDIVIDUAL TO OFFICIAL JUDICIAL FUNCTION TO NO ABSOLUTE IMMUNITY TO GUARANTEED INDIVIDUAL AND OFFICIAL JUDICIAL FUNCTION DEPRIVATION OR VIOLATION TO U.S. CONSTITUTIONALITY GROUNDED IN ART IV-2-3, Art IV-2-2, ART IV-2-1 AS THE NEARLY THREE MONTHS - BEFORE THE COURT ENTERTAINING THIS CLAUSE REACH A JUDICIAL FUNCTION CAPACITY AGREEMENT ON A UNANIMOUS decision drafted by Clear Judicial Function Jurisdiction Absents Guaranteed Federal Constitution ongoing Judicial Function Capacity, ARTIV-2-3 Escaping OFFICIAL AND INDIVIDUAL JUDICIAL INDIVIDUAL AND OFFICIAL FUNCTION CAPACITY SERVICE AND LABOR TO GUARANTEED RIGHTS ABSOLUTE JUDICIAL OFFICIAL CAPACITY IMMUNITY HELD TO FEDERAL CONSTITUTIONS ART IV-2-2 FLEEING VIOLATION TO CAPACITIES OF CHARGES OF TREASON, FELONY, AND/OR OTHER CAPITAL OR INFAMOUS CRIMES OF GUARANTEED OFFICIAL JUDICIAL FUNCTION CAPACITIES.
AND ARTIV-2-1 GUARANTEED PRIVILEGE TO JUDICIAL FUNCTION FUNCTION CAPACITY RIGHTS AND ABSOLUTE IMMUNITY TO JUDICIAL FUNCTION CAPACITY ESCAPING AND FLEEING TO ANOTHER GUARANTEED RIGHT ALLEGED ABSOLUTE STATE TO OFFICIAL CAPACITY JUDICIAL FUNCTION CLEAR ABSENTS TO CAPACITY TO GUARANTEED JUDICIAL FUNCTION RIGHTS. AS CHIEF JUSTICE HARLAN STONE DIMENSIONED TO PLAINTIFF Mr. KENNETH EDWARD BARBOUR
UNITED STATES GUARANTEED RIGHTS LAWYERS COMMITTEE FOR GUARANTEED JUDICIAL FUNCTION INDIVIDUAL AND OFFICIAL CAPACITY RIGHTS. DIMENSIONED IRRIGATION TO THE LAWYERS COMMITTEE FOR HUMAN RIGHTS FINDING THE BUSH ADMINISTRATIONS DIMENSIONED TO UNITED STATES COURTS OF DENIED OFFICIAL JUDICIAL FUNCTION CAPACITY TO TO INDIVIDUAL CAPACITIES USE OF THE PRECEDENT TO DENIED CERTIORARI. ABSOLUTE IMMUNITY TO GUARANTEED RIGHTS. PARTICULARLY AWKWARD TO GUARANTEED RIGHTS
NOTES THE ALLEGED DIMENSIONED NAZI PRISONERS TO ABSOLUTE IMMUNITIES TO GUARANTEED RIGHTS-PRISONS LITIGATIONS REFORMS ACTS(PLRA) AND TITLE 28 U.S.C. SECTION 1915(g) RECIVED THREE DENIED RIGHTS TO UNITED STATES AMERICA CITIZENS TODAY AT CAMP DELTA DIMENS- IONED TO UNITED STATES SUPREME COURT SUPERVISORY JUDICIAL JURISDICTION FUNCTION CAPACITY-THE RIGHT TO GUARANTEED RIGHTS- THE RIGHT TO OFFICIAL DUE PROCESS TO SEVERAL STATES CAPACITIES AND ABSOLUTE PRIVILEGE TO TO THE UNITED STATES COURTS AND ABSOLUTE IMMUNITY TO UNCONSTITUTIONALITY FROM SEVERAL OFFICIAL CAPACITY STATES IN THIS CASE THE HIGHEST COURT OF THIS LAND

THIRD AMEND

REC'D
Mail Room

JUN 16 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# OF UNITED STATES OF AMERICA'S
## FEDERAL CONSTITUTIONS
## ART 1-8-3

## THIRD AMEND.

MEMBERS OF THE UNITED STATES SUPREME COURT AT NO TIME OF OFFICIAL OR INDIVIDUAL JUDICIAL FUNCTION OFFICIAL CAPACITIES SHALL BE A SOLDIER OF ABSOLUTE OFFICIAL JUDICIAL FUNCTION IMMUNITY QUARTERED IN HOUSES OF DENIED PETITIONS FOR CERTIORARI WRITS IN TIME OF TITLE 28 U.S.C. SECTION 1915(q) WAR OR PEACE OF PRISONS LITIGATIONS REFORMS ACTS PEACE OF DENIED GUARANTEED JUDICIAL OFFICIAL OF INDIVIDUAL FUNCTION & PRISON LITIGATION REFORM ACT FORMED LEVY OF WAR ON ABSOLUTE PRIVILEGE TO GUARANTEED RIGHTS OF SPECIAL LEGISLATIVE ACTS PASSED TO PUNISH COUNSEL GROUPS OF IMMURE PERSON WITH PROCEDURAL PUNISHMENT AS TO PRISONER SEEKING ABSOLUTE OFFICIAL AND INDIVIDUAL JUDICIAL OFFICIAL FUNCTION CAPACITY WHILE CONFINED TO A CORRECTIONAL FACILITY OF NO CONSTITUTIONAL OWNER CONSENT CONSIDERED AT ABSOLUTE PRIVILEGE TO GUARANTEED RIGHTS AND ABSOLUTE IMMUNITY IMMUNITY TO ESCP ESCAPING JUDICIAL FUNCTION STATES OF SERVICE AND LABOR TO GUARANTEED RIGHTS ART IV-2-3 FEDERAL CONSTITUTION

## JURISDICTIONAL CLAUSE

KENNETH BARBOUR vs WESTERN REGIONAL DIR. VDOC FOURTH CIRCUIT FOR UNITED STATES FEDERAL APPEALS COURT APPEAL NUMBER 08-8544

## OPINION

KENNETH EDWARD BARBOUR APPEALS UNITED STATES SUPREME COURTS ORDERS DENYING BARBOURS PETITIONS FOR CERTIORARI CONSOLIDATING FEDERAL CONSTITUTION TEN (10) TO THREE (3) AMENDTS OF A BILL OF RIGHTS DISMISSING OFFICIAL TO INDIVIDUAL OFFICIAL GUARANTEED RIGHTS DEPRIVATION IMMUNITIES OFFICIAL AND INDIVIDUAL JUDICIAL DENIED CERTIORARI AND TITLE 28 U.S.C SECTION 1915(q) PROTECTION BY THE UNITED STATES SUPREME COURTS ABSOLUTE IMMUNITIES PURSUANT WITHOUT PREJUDICE TO JUDICIAL FUNCTION GUARANTEED RIGHT TO SEVERAL OFFICIAL AND INDIVIDUAL JUDICIAL FUNCTION STATES. WITH REVIEW OF THE RECORD PLAINTIFF ARGUES NO REVERSIBLE ERROR ACCORDINGLY WE AFFIRM PLAINTIFFS ORDER.

## SECOND AMEND.

A WELL REGULATE MILITIA BEING NECESSARY FOR THE SECURITY OF THE ONGOING JUDICIAL FUNCTION OF ABSOLUTE IMMUNITY TO GUARANTEED RIGHT VIOLATION OF ANY CAPACITY THE RIGHT OF THE UNITED STATES SUPREME

RECEIVED
Mail Room

JUN 1 6 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# ART 1-9-7 UNITED STATES CONSTITUTION
## DISTRICT OF COLUMBIA
## COURTS

### SECOND AMEND

COURT TO KEEP AND BEAR ARMS OF ABSOLUTE IMMUNITY
TO NON-JUDICIAL FUNCED FUNCTION SHALL NOT
BE DENIED WRIT FOR PETITION FOR CERTIORARI CERT-
IORARI, PRISONS LITIGATION REFORMS ACTS, OR TITLE
28 U.S.C. SECTION 1915(g) INFINGED MOTIONING
THIS MOVANT TO EQUAL JUDICIAL GUARANTEED RIGHT
FUNCTION CAPACITY ABSOLUTE PROTECTION

### FIRST AMENDT

THE GUARANTEED RIGHTS CONGRESS OF THE UNITED STATES
SHALL HAVE MADE, SHALL MAKE NO LAW RESPECTING
THE RELIGION ESTABLISHMENT OF NO GUARANTEED
RIGHTS TO JUDICIAL FUNCTION CAPACITY BY THE
FREE EXERCISE PROHIBITING SEVERAL STATES OF
GUARANTEED RIGHTS ABRIDGED BY THE FREEDOM
OF SPEECH AND PRESS GUARANTEED BY DENIED
OFFICIAL JUDICIAL FUNCTION NOTING PLRA'S,
DENIED PETITIONS CERTIORARI, TITLE 28 USC 1915(g)
OF A RIGHTS GUARANTEEING THIS PLAINTIFF TO
UNDER JUDICIAL IMMINENT THREAT FUNCTION
TO PEACEABLY GUARANTEED RIGHT ASSEMBLE
IN THIS PLAINTIFFS SERIOUS PHYSICAL GUARANTEED
RIGHT INJURY TO THIS PARTIES PETITIONINGS
GOVERNMENTS OF NO GUARANTEED RIGHT TO REDRESS
BY CLEAR ABSENT OF GUARANTEED RIGHT JURIS-
DICTION CONSIDERED TO THE BILL OF RIGHTS
IN SUPREME COURT TO THE UNITED STATES
GUARANTEED RIGHTS TO JUDICIAL FUNCTION
CONTROVERSY

UNCONSTITUTIONAL DENIED PETITIONS
OF CERTIORARI-UNCONSTITUTIONAL
OFFICIAL AND INDIVIDUAL JUDICIAL
ABSOLUTE IMMUNITY PROTECTING
PRISON LITIGATION REFORM ACT
(PLRA) TITLE 28 U.S.C SECTION 1915(g)
THREE (3) STRIKE PROVISION

EXECUTED BY *Kenneth Edward Bush*
UNITED STATES FEDERALLY CONSTITUTIONALLY
ON OR ABOUT ELEVENTH DAY IN JUNE, 2011
GUARANTEED JUDICIAL FUNCTION
BILL OF RIGHTS

RECEIVED
Mail Room
JUN 16 2011
Angela D. Caesar, Clerk of Court

# IN UNITED STATES FEDERAL DISTRICT COURTS
# D.C. CIRCUITS

PLAINTIFF DEMANDS 39 million dollars for each case denied cert From the Fourth Circuit for Appeals.——————————

THE CASES ENTERTAINED FOR SUPREME COURT PRECEDENTS BY A FAIR AND IMPARTIAL TRIAL BEFORE A UNPREJUDICE COURT OF OFFICIAL AND INDIVIDUAL GUARANTEED AMERICAN RIGHTS ABSOLUTE PRIVILEGE CAPACITIES. ON PROPER EVIDENCE AND UNDER CORRECT INSTRUCTIONS AS THE SUPREME LAW OF THESE STANDS CLAY DEEM JUST AND PROPER.

EXECUTED THIS NINTH DAY IN JUNE TWO THOUSAND AND ELEVEN

*Mr. Kennett E. Barbour*

VERIFICATION

I KENNETH EDWARD BARBOUR STATE THAT I AM THE PLAINTIFF OF THIS ACTION AND I KNOW THE CONTENT OF THE ABOVE COMPLAINT OFFICIAL AND INDIVIDUAL CAPACITIES ARE TRUE TO MY ~~KNOWLEGE~~ KNOWLEDGE EXCEPT AS TO THOSE MATTERS THAT ARE STATED TO BE BASED ON INFOR-MATION AND BELIEF AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE. I'm FURTHER UNDER THE SERIOUS PHYSICAL INJURIED STATE THAT THE FACTUAL ASSERTIONS ARE SUFFICIENT TO SUPPORT A ONGOING CIVIL RIGHTS CLAIM OF VIOLATIONS TO GUARANTEED RIGHTS. PLAINTIFF VERIFIES OF BEING UNDER SERIOUS PHYSICAL PRISON LITIGATION REFORM ACT JUDICIAL INDIVIDUAL AND OFFICIAL ABSOLUTE JUDICIAL IMMUNITY FUNCTION CAPACIES OF ALLEGED DEFENDANTS CLEAR PROTECTION TO PRISON LITIGATION REFORM ACT NOTO TO THIS PLAINTIFFS DENIED PETITIONS FOR CERT.

I KENNETH EDWARD BARBOUR DECLARE UNDER UNITED STATES OF AMERICA FEDERAL CONSTITUT-IONAL PERJURY THE FOREGOING TO BE—————CORRECT AND TRUE—————

EXECUTED AT *Kennett Edward Barbour* ON OR About JUNE NINTH, 2011

## STATEMENT OF ASSETS
KENNETH EDWARD BARBOUR
PLAINTIFF-PETITIONER
VS.
UNITED STATES OF AMERICA
SUPREME COURT JUSTICES
OF THEIR OFFICIAL AND
INDIVIDUAL ABSOLUTE IMMUNITY
CAPACIES
RESPONDENT-DEFENDANT

## STATEMENT OF ASSETS


RECEIVED
Mail Room

JUN 16 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# IN UNITED STATES FEDERAL COURTS

I, KENNETH EDWARD BARBOUR-1050593 DECLARE THAT I AM THE PETITIONER IN THE ABOVE-STYLED PROCEEDING; THAT IN IMMINENT THREAT OF BEING IN SERIOUS PHYSICAL PAST GUARANTEED RIGHTS DEPRIVATION INJURY IN SUPPORT OF MY REQUEST TO PROCEED WITHOUT BEING REQUIRED TO PREPAY FEES COST OR GIVE SECURITY THEREFOR, I STATE THAT BECAUSE OF THE MY ONGOING IMMINENT THREAT OF MY PROVERTY, I AM UNABLE TO PAY THE COST OF SAID PROCEEDING, OR GIVE SECURITY THEREFOR; THAT I BELIEVE I AM ENTITLED TO RELIEF.

IN SUPPORT OF MY _IN FORMA PAUPERIS_ APPLICATION I ANSWER THE FOLLOWING QUESTIONS.

THIS PLAINTIFF IS NOT EMPLOYED-THIS PLAINTIFFS LAST DAY OF EMPLOYMENT WAS NOVEMBER 25th, 2005. PLAINTIFF HAS NOT RECIEVED ANY SOURCE OF MUNEY IN THE LAST TWELVE MONTHS FROM ANY SOURCE.

THIS PLAINTIFF HAS NO OWNED CASH-NOR CASH CASE ON HAND-TO INCLUDE ALL FUNDS HELD IN PLAINTIFFS SAID PRISON ACCOUNTS.

PLAINTIFF OWNS NO REAL ESTATE, STOCKS, BONDS, NOTES AUTOMOBILES OR OTHER VALUABLE PROPERTIES

NO PERSONS-ARE ALLEGED DEPENDANT UPON KENNETH EDWARD BARBOUR FOR SUPPORT.

KENNETH EDWARD BARBOUR DECLARES UNDER TITLE 28 U.S.C. SECTION 1915(g) IN FORMA PAUPERIS PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT- AND DECLARING TWENTY-FIFTH AMENDMENT SECTION 3 DISABILITY THAT THIS PLAINTIFF PRESIDENT IS UNABLE TO DISCHARGE DUTIES AND POWERS TO THE OFFICE OF PROVIDING THIS COURT TO FULL FAITH RECORDS TO A CERTIFIED COPY OF MY INMATE TRUST FUND ACCOUNT STATEMENT FOR THE LAST SIX MONTHS IN SUPPORT OF THE IMMINENT THREAT FOR KENNETH BARBOUR TO PROCEED IN TITLE 28 U.S.C. SECTION 1915(g) IFP.

DATED U.S. FEDERAL CONSTITUTIONALITY ON OR ABOUT EXECUTED JUNE NINTH, TWO THOUSAND AND ELEVEN

FEDERAL CONSTITUTION ART II-1-7 SIGNED TO

_Mr. Kenneth Barbour_

RECEIVED
Mail Room

JUN 16 2011

Angela D. Caesar, Clerk of Court

# IN UNITED STATES FEDERAL COURTS
## OF THE DISTRICT FOR COLUMBIA

Kenneth Edward Barbour
Plaintiff

                            CIVIL RIGHTS No.

    V.

## UNITED STATES SUPREME COURT
## ——— JUSTICE ———
### DEFENDANTS

## MOTION FOR DISTRICT COURT TO OBTAIN CERTIFIED PLAINTIFFS PRISON MONETARY RECORDS.

PLAINTIFF PETITIONS FOR EQUAL PROTECTION TO CHIEF JUDGE ROYCE C. LAMBERTH SEVENTEENTH TO JUNE TWO THOUSAND AND ELEVEN ORDER HELD TO PRISONS LITIGATIONS REFORMS ACTS AND LOCAL RULES OF THIS COURT. NOTING DE- FICIENT POWERS AND DUTIES TO OBTAIN PAPERS OF PLAINTIFFS CERTIFIED MONETARY IMMURE RECORDS AT FULL FAITH ~~ARTIV-1~~ AT ARTIV-1 U.S. SUPREME LAW. BY ALLEGED CORR. OFFICIALS LEVY OF WAR ON PLAINTIFFS POWER & DUTY TO OBTAIN SUCH RECORDS BY FULL ARTIV-1 FAITH TO REQUEST TO SUCH RECORDS FROM ARTIV-1 LEGISLATION — MOVING THE COURT TO OB- TAIN SUCH FULL ARTIV-1 SUPREME U.S. LAW FAITH TO SUCH IMMURE ALLEGED ARTI-8-6 SUPREME FED- ERAL LAW CURRENT COINS And Title 28 U.S.C. Section 1915 and Prisons Litigation Reforms Acts Securities

_Kenneth Barbour_ Executed on or About 6/27/2011

# UNITED STATES DISTRICT COURT
## for the

**FILED**

**JUL 2 1 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

KENNETH EDWARD BARBOUR 1050593 )
    *Plaintiff/Petitioner* )
      v. )
U.S. Supreme Court Justices & Chief Justice )
    *Defendant/Respondent* )

Civil Action No. *11 MS 415*

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

    I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

    In support of this application, I answer the following questions under penalty of perjury:

    1. *If incarcerated.* I am being held at: **VA. Dept of Corr. ROSP** .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

    2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ **0** , and my take-home pay or wages are: $ **0** per

*(specify pay period)* _____ .

    3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

    *If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

**RECEIVED**

JUL 1 1 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



RECEIVED
Mail Room

JUL 1 1 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

2

4. Amount of money that I have in cash or in a checking or savings account: $ NONE .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: ZERO VALUE -

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: ZERO EXPENSES .

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: NO PERSONS ARE DEPENDENT ON SUPPORT FROM PlninitiFF .

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: COURT COST TO U.S.D. Courts and ARLINGTON Co. VA CIRCUIT COURTS ARE UNKNOWN -

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 27th upon June, 2011

M. Kenneth Edward Barbour
_____
*Applicant's signature*

Mr. Kenneth Edward Barbour
_____
*Printed name*

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: KENNETH EDWARD BARBOUR v. UNITED STATES S. Ct JUSTICES

Civil Action No. _____

I, KENNETH BARBOUR - 1050593 , Reg. No. 323278 , hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; of

(b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10.00, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, of any costs imposed by the District Court.

_Mr. Kenneth E. Barbour_
Signature of Plaintiff

_27th in June 2011_
Date